IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
OCT 3 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

3:23-mc-2984-HTW-FKB

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>        vs.<br><br>DIGITAL LICENSING INC. (d/b/a "DEBT Box"), a Wyoming corporation; JASON R. ANDERSON, an individual; JACOB S. ANDERSON, an individual; SCHAD E. BRANNON, an individual; ROYDON B. NELSON, an individual; JAMES E. FRANKLIN, an individual; WESTERN OIL EXPLORATION COMPANY, INC., a Nevada corporation; RYAN BOWEN, an individual; IX GLOBAL, LLC, a Utah limited liability company; JOSEPH A. MARTINEZ, an individual; BENJAMIN F. DANIELS, an individual; MARK W. SCHULER, an individual; B & B INVESTMENT GROUP, LLC (d/b/a "CORE 1 CRYPTO"), a Utah limited liability company; TRAVIS A. FLAHERTY, an individual; ALTON O. PARKER, an individual; BW HOLDINGS, LLC (d/b/a the "FAIR PROJECT"), a Utah limited liability company; BRENDAN J. STANGIS, an individual; and MATTHEW D. FRITZSCHE, an individual,<br><br>        Defendants,<br><br>ARCHER DRILLING, LLC, a Wyoming limited liability company; BUSINESS FUNDING SOLUTIONS, LLC, a Utah limited liability company; BLOX LENDING, LLC, a Utah limited liability company; CALMFRITZ HOLDINGS, LLC, a Utah limited liability company; CALMES & CO, INC., a Utah corporation; FLAHERTY ENTERPRISES, LLC, an Arizona limited liability company; IX VENTURES FZCO, a | NOTICE PURSUANT TO 28 U.S.C. § 1754 OF ORDER APPOINTING TEMPORARY RECEIVER |

> United Arab Emirates company; PURDY OIL, LLC, a Nebraska limited liability company; THE GOLD COLLECTIVE LLC, a Utah limited liability company; and UIU HOLDINGS, LLC, a Delaware limited liability company,
>
> Relief Defendants.

NOTICE IS HEREBY GIVEN that Josias N. Dewey, as Temporary Receiver (the "Receiver") for Defendant Digital Licensing, Inc. (d/b/a "DEBT Box") and its subsidiaries and affiliates (collectively, "DLI") in the action captioned *SEC v. Digital Licensing Inc. (d/b/a "DEBT Box")*, No. 23-cv-00482 pending before the United States District Court for the District of Utah (the "Receivership Court"), hereby files notice pursuant to 28 U.S.C. § 754 with the United States District Court for the Southern District of Mississippi (the "District") a copy of the Complaint filed by Plaintiff Securities and Exchange Commission with the Receivership Court on July 26, 2023 [ECF No. 1] (the "Complaint"), attached hereto as **Exhibit 1**, the Temporary Restraining Order [ECF No. 121] (the "TRO"), attached hereto as **Exhibit 2**, entered by the Receivership Court on July 28, 2023 and most recently extended on September 26, 2023 [ECF No. 165], and the Temporary Receivership Order [ECF No. 10] (the "Order"), attached hereto as **Exhibit 3**, entered by the Receivership Court on July 28, 2023.[1]

The Order, among other things, provides the Receiver with the "full powers of an equity receiver, including, but not limited to, full power over all funds, assets, collateral, premises (whether owned, leased, occupied, or otherwise controlled), choses in action, books, records, papers and other property belonging to, being managed by or in the possession of or control of [DLI]" (collectively, the "Receivership Assets"). *See* Order, Ex. 3 § II.

---

[1] Since initial filing and entry, the Receivership Court has unsealed the Complaint and the Order.

The Receiver believes that Receivership Assets may exist in this District. Accordingly, the Complaint, TRO, and Order are being filed by the Receiver pursuant to 28 U.S.C. § 754. The Complaint, TRO, and Order are being filed by the Receiver for notice purposes only.

Dated: September 29, 2023

By: /s/ *J. Douglas Minor, Jr.*

J. Douglas Minor, Jr.
HOLLAND & KNIGHT LLP
Mississippi Bar No. 10045
1180 W. Peachtree Street NW
Suite 1800
Atlanta, GA 30309
Telephone: 404-817-8500
Email: doug.minor@hklaw.com

*Attorneys for Josias N. Dewey,*
*as Temporary Receiver for Digital Licensing, Inc.*